AO 106A  (08/18) Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT

for the

District of Utah

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

Goldblatt Telephone

) ) ) ) ) ) )

Case No. 2:25-mj-00453 DBP

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*

See Attachment A

located in the _____ District of _____ Utah _____ , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2251, 2252A, 2423(b); 2422 | Production/Attempted Production , Receipt, Transportation, Possession of Child Pornography; Travel with Intent to Engage in Illicit Sexual Conduct; Enticement/Coercion of a Minor |

The application is based on these facts:

See Attached

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

/s Sergio Guerra
*Applicant's signature*

HSI SA Sergio Guerra
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
Zoom Conference *(specify reliable electronic means).*

Date: 04/28/2025

*Judge's signature*

City and state: Salt Lake City, Utah

Hon. Magistrate Dustin Pead
*Printed name and title*